# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ENCAR ARNOLD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL AERONAUTICS AND SPACE ADMINISTRATION,<br><br>　　　　Defendant. | Case No.  1:20-cv-01372-NONE-BAM<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. No. 2)<br><br>THIRTY-DAY DEADLINE |

　　　　On September 28, 2020, Plaintiff Maria Encar Arnold ("Plaintiff"), proceeding pro se, filed the instant action.  (Doc. No. 1.)  Plaintiff did not pay the filing fee and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  (Doc. No. 2).

　　　　Plaintiff's application is insufficient for the Court to determine if she is entitled to proceed without prepayment of fees in this action.  According to the application, Plaintiff receives $1,893.00 per month in Social Security benefits.  (Doc. No. 2 at 2, 5.)  Although she also receives Social Security benefits for her children, child support and rent, it is unclear whether the listed amounts are received weekly, monthly or annually or whether she has additional mortgage and car expenses.  (Id. at 2, 3.)

　　　　Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is

1

unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2. Within **thirty (30) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated: **October 14, 2020**          /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE