UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ENCAR ARNOLD,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL AERONAUTICS AND SPACE ADMINISTRATION,<br><br>Defendant. | Case No.  1:20-cv-01372-NONE-BAM<br><br>ORDER DENYING PLAINTIFF'S REQUEST TO FILE ELECTRONICALLY<br><br>(Doc. 5) |

Marie Encar Arnold ("Plaintiff"), proceeding pro se, filed a complaint on September 28, 2020. (Doc. 1.) On October 26, 2020, Plaintiff filed a motion seeking the Court's permission to file documents electronically through the CM/ECF system. (Doc. 5.)

Pursuant to the Local Rules, a pro se party shall file and serve paper documents and may not utilize electronic filing unless granted permission by the Court. L.R. 133(a)-(b). A pro se party may request an exception to the paper filing requirement from the court by filing a stipulation of the parties, or "if a stipulation cannot be had, [a] written motion[] setting out an explanation of reasons for the exception." L.R. 133(b)(3).

Upon review of the pleadings in this action and the motion submitted, the Court finds that the request does not warrant an exception to the Local Rule. While Plaintiff is required to file a

written motion setting out an explanation of the reasons for an exception, Plaintiff instead submitted a form application that appears to have been obtained from the U.S. District Court for the Northern District of California, on which Plaintiff replaced the word "Northern" with "Eastern." (Id.) As part of the application, Plaintiff attests that she has reviewed the requirements for e-filing, however Plaintiff does not provide any reasons for the need to use electronic filing. (Id.) Given this, the application does not comply with the requirement to submit a motion explaining the reasons for an exception.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for permission for electronic filing is DENIED.

IT IS SO ORDERED.

Dated:   **November 10, 2020**              /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE

2