UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ENCAR ARNOLD,<br><br>         Plaintiff,<br><br>    v.<br><br>NATIONAL AERONAUTICS AND SPACE ADMINISTRATION,<br><br>         Defendant. | Case No.  1:20-cv-01372-NONE-BAM<br><br>ORDER DENYING PLAINTIFF'S SECOND REQUEST TO FILE ELECTRONICALLY<br><br> (Doc. 9) |

Marie Encar Arnold ("Plaintiff"), proceeding pro se, filed a complaint on September 28, 2020. (Doc. No. 1.) On October 26, 2020, Plaintiff filed a motion seeking the Court's permission to file documents electronically through the CM/ECF system. (Doc. No. 5.) On November 10, 2020, the Court issued an Order Denying Plaintiff's Request to File Electronically. (Doc. No. 7.) On November 23, 2020, Plaintiff filed a Motion to Grant Permission for Electronic Case Filing. (Doc. No. 9.)

Pursuant to the Local Rules, a pro se party shall file and serve paper documents and may not utilize electronic filing unless granted permission by the Court. L.R. 133(a)-(b).  A pro se party may request an exception to the paper filing requirement from the court by filing a stipulation of the parties, or "if a stipulation cannot be had, [a] written motion[] setting out an

1  explanation of reasons for the exception." L.R. 133(b)(3).

2      Upon review of the pleadings in this action and the motion submitted, the Court again finds that the request does not warrant an exception to the Local Rule.  In the denial of Plaintiff's first request for electronic filing, the Court denied the request because Plaintiff failed to provide the Court with an explanation of the reasons for granting an exception. Again, Plaintiff has failed to provide an explanation as to why an exception should be granted. Plaintiff instead submitted a motion that provided almost the exact same information as the previous request. (Doc. No. 9.)  As part of the application, Plaintiff attests that she has reviewed the requirements for e-filing, however, she also states that she has reviewed the requirements for the Southern District of New York. *Id.* Given this, the application does not comply with the requirement to submit a motion explaining the reasons for an exception.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's second motion for permission for electronic filing is DENIED.

IT IS SO ORDERED.

Dated:   **November 30, 2020**          /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE